■ STRUCTURED ASSET SECURITIES CORPORATION TRUST II, Appellant, v GOHR DISTRIBUTING Co., INC., et al., Defendants, and TRIPIFOODS, INC., Respondent. [635 NYS2d 573] —Order unanimously affirmed without costs for reasons stated in decision at Erie County Court, D'Amico, J. (Appeal from Order of Erie County Court, D'Amico, J.—Set Aside Foreclosure Sale.) Present—Denman, P. J., Lawton, Wesley, Doerr and Balio, JJ.